IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| DENNIS ALLEMANI AND NATALEE BARLOW, representative of the estate of Nathaniel Barlow, Jr., <br><br> Plaintiffs, <br><br> v. <br><br> PRATT (CORRUGATED LOGISTICS), LLC, <br><br> Defendant. | Civil Action No. 1:12-CV-00100-RWS |

## ORDER APPROVING SETTLEMENT

Plaintiffs Dennis Allemani and Natalee Barlow, Representative of the Estate of Nathaniel Barlow, Jr., and Defendant Pratt (Corrugated Logistics), LLC filed a Joint Motion for Approval of Settlement Agreement.

Having reviewed the settlement agreement, this Court finds it to be a reasonable settlement of the Plaintiffs' claims under the Fair Labor Standards Act.

The Parties' Motion is, therefore, **GRANTED**.

IT IS HEREBY ORDERED that the settlement agreement is approved. The Parties are directed to file a Joint Stipulation of Dismissal with Prejudice. The

Court expressly retains jurisdiction to enforce the settlement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994). The parties shall bear their own costs.

**SO ORDERED** this the 13th day of Nov , 2014.

RICHARD W. STORY
UNITED STATES DISTRICT COURT JUDGE