IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENNIS ALLEMANI and NATALEE BARLOW, representative of the estate of Nathaniel Barlow, Jr., <br><br> Plaintiffs, <br><br> v. <br><br> PRATT (CORRUGATED LOGISTICS), LLC, <br><br> Defendant. | Civil Action No. <br><br> 1:12-cv-00100-RWS <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Dennis Allemani and Natalee Barlow and Defendant Pratt (Corrugated Logistics), LLC, by their respective undersigned attorneys, hereby dismiss this action with prejudice. Each party will bear their own attorneys' fees, expenses, and costs.

1

Respectfully submitted this 17th day of November, 2014.

| /s/*Benjamin A. Stark* | /s/*Lauren H. Zeldin* |
|---|---|
| Benjamin A. Stark | A. Craig Cleland |
| Georgia Bar No. 601867 | Georgia Bar No. 129825 |
| BARRETT & FARAHANY, LLP | Lauren H. Zeldin |
| 1100 Peachtree Street, Suite 500 | Georgia Bar No. 368999 |
| Atlanta, GA 30309 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Telephone: (404) 214-0120 | One Ninety One Peachtree Tower |
| Facsimile: (404) 214-0125 | 191 Peachtree Street, NE, Suite 4800 |
| bstark@bf-llp.com | Atlanta, GA  30303 |
|  | Telephone: (404) 881-1300 |
|  | Facsimile: (404) 870-1732 |
|  | craig.cleland@ogletreedeakins.com |
|  | lauren.zeldin@ogletreedeakins.com |
| Attorney for Plaintiffs | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENNIS ALLEMANI and NATALEE BARLOW, representative of the estate of Nathaniel Barlow, Jr., <br><br> Plaintiffs, <br><br> v. <br><br> PRATT (CORRUGATED LOGISTICS), LLC, <br><br> Defendant. | Civil Action No. <br><br> 1:12-cv-00100-RWS <br><br> JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    A. Craig Cleland
    Lauren H. Zeldin

This 17th day of November, 2014.

                                                s/Benjamin A. Stark___
                                                Benjamin A. Stark
                                                Georgia Bar No. 601867